IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY LANE COULTER                                                    PLAINTIFF

vs.                              4:08cv447BSM

STATE OF ARKANSAS, ET AL.                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date, the complaint is hereby dismissed with

prejudice.

IT IS SO ORDERED this 28th day of May, 2008.


_____
UNITED STATES DISTRICT JUDGE

-1